IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:00-CR-00078-F-8

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THOMAS WALKER LABUWI, II, | ) | |
| Defendant. | ) | |

This matter is before the court on Thomas Walker Labuwi's Motion to Unseal Case [DE-389]. Labuwi argues that his case should be unsealed in its entirety.

A review of the court's record reveals that Labuwi's case is not sealed. Accordingly, Labuwi's Motion to Unseal Case [DE-389] is DISMISSED as moot.

SO ORDERED.

This, the _14_ day of June, 2013

James C. Fox
Senior United States District Judge