IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:00-CR-00078-F-8

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THOMAS WALKER LABUWI, II, | ) | |
| Defendant. | ) | |

This matter is before the court on Thomas Walker Labuwi's "Request for the Court to Take Judicial Notice of Law" [DE-393]. Labuwi is seeking for this court to reconsider its May 7, 2013 Order [DE-387], which denied his Petition for Writ of Error Audita Querela [DE-386].

In the court's May 7, 2013 Order, the undersigned denied Labuwi's motion on the basis that it was "a thinly veiled attempt to proceed with a successive habeas petition." [DE-387.] Following a review of the record and the court's May 7, 2013 Order, the undersigned finds that the court's order adequately sets forth the reasoning for denying Labuwi's Petition for Writ of Error Audita Querela. Additionally, the court sees no meritorious reason to disturb its ruling. For these reasons, Labuwi's "Request for the Court to Take Judicial Notice of Law" [DE-393] is DENIED.

SO ORDERED.

This, the 16th day of September, 2013

James C. Fox
Senior United States District Judge