# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

United States of America
v.
Thomas Walker Labuwi, II )
)
)
)
Case No:   7:00-CR-78-8F
)  USM No:  96439-071

Date of Original Judgment:          February 20, 2001  )
Date of Previous Amended Judgment: _____  )     Robert Waters
*(Use Date of Last Amended Judgment if Any)*                        *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑DENIED.   ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected*
*in the last judgment issued)* of _____ months **is reduced to** _____
Although one of the counts of conviction involved drugs or a chemical, the guideline range was not determined using
USSG §2D1.1. Therefore, the drug table was not utilized and a reduction is not appropriate.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served"
sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated February 20, 2001,
shall remain in effect. **IT IS SO ORDERED.**

Order Date:   1/6/16

*James C. Fox*
*Judge's signature*

Effective Date: _____
*(if different from order date)*

James C. Fox   Senior U.S. District Judge
*Printed name and title*